# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Winc, Inc.
    Debtor

Bankruptcy Case No.: 22–11238–LSS

Bankruptcy Chapter:  11

_____

Brian Ryniker, solely in his capacity as Creditor
Trustee of the Club W Creditor Trust

    Plaintiff

Adv. Proc. No.:  24–50249–LSS

    vs.

IR Volt, LLC

    Defendant(s)

### JUDGMENT BY DEFAULT

    On 3/17/2025 default was entered against defendant(s) IR Volt, LLC The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) IR Volt, LLC in the amount of $49528.00 plus court filing costs in the amount of $350.00

Date: 3/17/25

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)